RENE L. VALLADARES
Federal Public Defender
Nevada State Bar No. 11479
REBECCA A. LEVY
Assistant Federal Public Defender
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
(702) 388-6261/Fax
Rebecca_Levy@fd.org

Attorney for Elias "Lindsay" Alexander Saunders

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

UNITED STATES OF AMERICA,

Plaintiff,

v.

ELIAS "LINDSAY" ALEXANDER SAUNDERS,

Defendant.

Case Nos. 2:26-cr-00123-APG-MDC
2:26-cr-00124-JAD-DJA

**STIPULATION FOR EXTENSION OF TIME TO FILE DEFENDANT'S REPLY TO THE GOVERNMENT'S RESPONSE TO MOTION TO SUPPRESS**
(First Request)

IT IS HEREBY STIPULATED AND AGREED, by and between Todd Blanche, United States Attorney General, and Courtney Strange, Assistant United States Attorney, counsel for the United Stated of America, and Rene L. Valladares, Federal Public Defender, and Rebecca A. Levy, Assistant Federal Public Defender, counsel for Elias "Lindsay" Alexander Saunders, that the reply to the Government's response to Motion to Suppress currently due on November 19, 2026, be vacated and continued and reset for November 24, 2026.

This Stipulation is entered into for the following reasons:

1. Defense counsel requires additional time to review the government's response the associated discovery and discuss it with the client in Colorado before filing a reply.

2. The defendant is not in custody and agrees with the need for the continuance.

3. The parties agree to the continuance and extension of time.

This is the first request for an extension of time.

DATED this 17th day of November 2026.

RENE L. VALLADARES
Federal Public Defender

*/s/ Rebecca A. Levy*
By_______________________________

REBECCA A. LEVY
Assistant Federal Public Defender

TODD BLANCHE
United States Attorney General

*/s/ Courtney Strange*
By_______________________________

COURTNEY STRANGE
Assistant United States Attorney

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>ELIAS “LINDSAY” ALEXANDER SAUNDERS,<br>Defendant. | Case No.:26-cr-00123-APG-MDC<br>2:26-cr-00124-JAD-DJA<br>**ORDER** |

IT IS THEREFORE ORDERED that the reply currently due on November 19, 2026, be filed and continued to November 24, 2026.

DATED 11-18-26.

______________________________
UNITED STATES MAGISTRATE JUDGE