Rene L. Valladares
Federal Public Defender
Nevada Bar No. 11479
Rebecca A. Levy
Assistant Federal Public Defender
411 E. Bonneville Ave. Suite 250
Las Vegas, NV 89101
(702) 388-6577
Rebecca_Levy@fd.org

Attorneys for Elias "Lindsay" Alexander Saunders

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

United States of America,

Plaintiff,

v.

Elias "Lindsay"Alexander Saunders

Defendant.

Case No. 2:26-cr-00123-APG-MDC &
2:26-cr-00124-JAD-DJA

**Defendant's Motion to Withdraw Request to Modify Conditions of Pretrial Release**

Defendant Lindsay Alexandria Saunders-Velez, through counsel, respectfully moves to withdraw her previously filed motion to modify the conditions of her pretrial release to permit travel to Las Vegas, Nevada from December 6 through December 9, 2026.

Ms. Saunders-Velez no longer intends to travel to Las Vegas for the conference and therefore no longer seeks a modification of her pretrial release conditions. Accordingly, she respectfully requests that the Court permit withdrawal of the pending motion as moot.

DATED November 16, 2026.

Respectfully submitted,

RENE L. VALLADARES
Federal Public Defender

By: */s/ Rebecca Levy*
REBECCA LEVY
Assistant Federal Public Defender
Attorney for Elias "Lindsay" Alexander Saunders

**IT IS SO ORDERED.**

Hon. Maximiliano D. Couvillier III
United States Magistrate Judge
Dated: 11-18-26